# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

KAREN ANITA CROSS,

        Plaintiff,

v.

STATE FARM MUTUAL AUTO INSURANCE COMPANY,

        Defendant.

2:09-cv-885-GMN-LRL

**O R D E R**

      Pursuant to Order (Doc.#17), a Joint Pre-Trial Order was to be filed on or before July 21, 2010. To date the parties have failed to do so.

      IT IS THEREFORE HEREBY ORDERED that the parties shall file a Joint Pretrial Order not later than November 8, 2010 in compliance with the provisions of Local Rules LR 16-3 and 16-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 26th day of October, 2010.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**